IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY RIGGS, JR,<br>*Plaintiff,*<br><br>v.<br><br>FMC TECHNOLOGIES, INC.,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§ Case No. CIV-17-0580-M<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Gary Riggs, Jr. and Defendant FMC Technologies, Inc. hereby dismiss all causes of action raised or which could have been raised in this case, with prejudice against the Plaintiff to refile the same. This action is dismissed in its entirety. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

LAIRD HAMMONS LAIRD, PLLC

/s/ D. Colby Addison
D. Colby Addison
OBA Bar No. 32718
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone:   (405) 703-4567
Facsimile:    (405) 703-4067
colby@lhllaw.com

**ATTORNEY FOR PLAINTIFF
GARY RIGGS, JR.**

#5619488.1

/s/ Amy Karff Halevy
Amy Karff Halevy, *Attorney in Charge*
Texas State Bar No. 11098750
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Telephone: (713) 221-1329
Facsimile: (713) 223-3212
Amy.Halevy@bracewell.com

**PRO HAC VICE**
**ATTORNEY FOR DEFENDANT**

Joshua W. Solberg, OBA #22308
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7101
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
josh.solberg@mcafeetaft.com

**ATTORNEY FOR DEFENDANT**

#5619488.1